UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COURTNEY DEAN PACKNETT                                CIVIL ACTION

VERSUS                                                NO. 11-436

EDWIN J. KLEIN, III, ET AL.                           SECTION: "F"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 9th day of MAY, 2011.

_____
UNITED STATES DISTRICT JUDGE